Vince M. Verde, Esq., SBN 202472
vince.verde@ogletreedeakins.com
Christopher J. Archibald, Esq., SBN 253075
christopher.archibald@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
695 Town Center Drive, Suite 1500
Costa Mesa, CA  92626
Telephone:   714.800.7900
Facsimile:    714.754.1298

JS-6

Attorneys for Defendant PARKER-HANNIFIN CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| DEXTER HOOKER,<br><br>            Plaintiff,<br><br>     vs.<br><br>PARKER-HANNIFIN CORPORATION; RICHARD MENDEZ; TOM COONS; and DOES 1 to 10,<br><br>            Defendants. | Case No. SACV11-00981 JVS (MRWx)<br><br>**ENTRY OF JUDGMENT**<br><br>Complaint Filed: July 6, 2010<br>Judge:            Hon. James V. Selna |

//
//
//
//
//
//

   Defendant PARKER-HANNIFIN CORPORATION's ("Defendant") Motion for Summary Judgment, or alternatively, Partial Summary Judgment, came on regularly for hearing before the Honorable James V. Selna, on December 19, 2011. Allison Schulman appeared for Plaintiff.  Vince M. Verde and Christopher J. Archibald appeared for Defendant.  The following decision was reached:

Defendant's Motion for Summary Judgment was GRANTED.

IT IS ORDERED that Plaintiff recover nothing, the action be dismissed on the merits with prejudice, and Defendant recover costs from Plaintiff pursuant to the procedures set forth in Rule 54 of the Federal Rules of Civil Procedure and Local Rule 54.

Date:  January 18, 2012

_____
Hon. James V. Selna
United States District Court Judge

11488315.1 (OGLETREE)